UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                   )        BK No.:    16-21799
Wardell W. Brown                         )
                                         )        Chapter:  13
                                         )        Honorable Timothy Barnes
                                         )
                                         )
         Debtor(s)                       )

**Order Confirming Plan**

       The plan under Chapter 13 of the Bankruptcy code, filed as docket no. 24, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified by the 11 U.S.C. section 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

   On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee.  The Debtor(s) shall further tender the full amount of each year's tax refund received while the case is pending to the Chapter 13 Trustee.  The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  September 08, 2016