UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>WARDELL BROWN<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-21799<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

**ORDER ALLOWING DEBTOR TO RETAIN COUNSEL, APPROVE
COMPENSATION AND AUTHORIZE SETTLEMENT OR PURSUIT OF LITIGATION**

THIS MATTER coming to be heard before the Court, the Court having jurisdiction over the parties and the subject matter and being duly advised of the premises and due notice haven been given,

1. The Debtor is authorized to retain Stephan Zouras LLP to represent the Debtor in his ongoing litigation in the Cook County Circuit Court case filed as 2019 CH 503.

2. The Debtor, through Stephan Zouras LLP, is allowed to settle or pursue his claim as described in the filed complaint in 2019 CH 503 as necessary.

3. Attorneys' fees for Stephan Zouras LLP are approved to the extent they are granted by the judge presiding over 2019 CH 503 pursuant to 740 ILCS 14/20(2).

4. Debtor shall provide the net, nonexempt proceeds from his cause of action described in the complaint filed in 2019 CH 503 as an additional payment under his confirmed Chapter 13 plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: JUL 2 5 2019

**Prepared by:**

Jason Cotey
ARDC# 6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Rev: 20101118_bko